UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Emoji Company GmbH

    Plaintiff,

v.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

    Defendant.

Case No.: 1:22−cv−06862

Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 27, 2023:

    MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for reduction of bond amount (Dckt. No. [25]) is hereby denied. Plaintiff sued 247 Defendants, and seeks the imposition of a temporary restraining order. Plaintiff asks for a bond amount of only $10,000, not $1,000 per defendant. Plaintiff explains that the average sale price of the goods in question is less than $20. Plaintiff suspects that the "profit realized by certain Defendants may be minimal," and that the "sales volume by certain Defendants may be relatively low." If that's the case, one wonder how important it is to seek emergency injunctive relief at all. It sure doesn't seem like an emergency. But if Plaintiff does seek emergency injunctive relief, then the Federal Rules require Plaintiff to bear the cost, including security for the "costs and damages sustained by any party found to have been wrongfully enjoined or restrained." See Fed. R. Civ. P. 65(c). A bond of $10,000 is not sufficient to provide security for a TRO against 247 defendants. If Plaintiff does not want to pay the costs of the bond, then Plaintiff can drop its request for a temporary restraining order. Plaintiff must bear the costs of its own motion, and those costs include the price of a bond. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.