IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, | ) |
| | ) |
| Plaintiff, | ) Case No. 22-cv-6862 |
| | ) |
| v. | ) |
| | ) Judge Steven C. Seeger |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT

Plaintiff's counsel submits this Status Report, prepared solely by Plaintiff's counsel per the Court's Order of December 12, 2023. [Dkt. No. 58].

Attorney Adam Urbanczyk filed an appearance on behalf of Defendant No. 202 "Shenzhenshi Shenghelakeji Youxiangongsi" on October 4, 2023. [Dkt. No. 42]. Defendant No. 202 filed a Motion to Dismiss on October 26, 2023. [Dkt. No. 47]. Defendant No. 202 was dismissed pursuant to a Notice of Dismissal filed on January 2, 2024 and Plaintiff respectfully posits that Defendant No. 202's Motion to Dismiss is therefore moot. [Dkt. No. 61].

Defendant No. 135 "Fridja" filed a Motion to Dismiss on November 13, 2023. [Dkt. No. 51]. Defendant No. 135 was dismissed pursuant to a Notice of Dismissal filed on January 3, 2024. [Dkt. No. 63]. Defendant's Motion to Dismiss was denied as moot on January 8, 2024. [Dkt. No. 65].

Defendant No. 132 "Fastest Shipping" filed a Motion to Dismiss on November 13, 2023. [Dkt. No. 52]. Defendant No. 132 was dismissed pursuant to a Notice of Dismissal filed on January 4, 2024. [Dkt. No. 64]. Defendant's Motion to Dismiss was denied as moot on January 8, 2024. [Dkt. No. 65].

All remaining defendants have been dismissed from this matter. It is plaintiff's respectful position that the civil case may be terminated.

Respectfully submitted,

Dated: January 8, 2024

By: s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com
Attorneys for Plaintiff
EMOJI COMPANY GmbH

**CERTIFICATE OF FILING**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 8, 2024.

                                                      s/Michael A. Hierl